UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALBERTO RAFAEL JACINTO, | Case No.: 26-cv-3416-JES-AHG |
| Petitioner, | |
| v. | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| CHRISTOPHER J. LAROSE, Senior Warden Otay Mesa Detention Center; TODD BLANCHE, Acting United States Attorney General; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; PATRICK DIVVER, ICE San Diego Field Office Director, in their official capacities, | **[ECF No. 1]** |
| Respondents. | |

Before the Court is Petitioner Juan Alberto Rafael Jacinto's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1 ("Pet."). Petitioner, a native of Guatemala, alleges that he initially entered the United States around June of 2018. Pet. ¶ 25. He states that he has lived in California for the past eight years with his partner and two children, who he supports by working in landscaping. *Id.* Petitioner was detained on June 3, 2026, during a traffic stop. *Id.* ¶ 27.

1

Pursuant to the Court's OSC order, Respondents filed a return, and Petitioner filed a traverse. ECF Nos. 4, 5. In the return, Respondents acknowledge that that prior orders from this district have directed bond hearings in similar cases and that Respondents do not oppose a bond hearing. ECF No. 4.

Accordingly, the Court **GRANTS** the petition, and **ORDERS** as follows:

1. The Court **ORDERS** the government to provide the noncitizen with a bond determination hearing under 8 U.S.C. § 1226(a) within **fourteen days** of this Order unless the noncitizen requests a continuance. At the hearing, the government must provide the noncitizen with a constitutionally adequate and individualized bond hearing, where the IJ **may not** deny bond based on a finding of lack of jurisdiction or issues relating to *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025).; and

2. The government is **ORDERED** to File a Notice of Compliance within **five days** of providing the noncitizen with a bond determination hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: June 10, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge

2

26-cv-3416-JES-AHG